**TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

18-01931

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael N. Desvigne<br><br>      Debtor.<br>_____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br><br>      Movant,<br>vs.<br><br>Michael N. Desvigne, Debtor; Anthony H. Mason, Trustee.<br><br>      Respondents. | No. 2:18-bk-04969-EPB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>10511 Front Beach Rd<br>#402<br>Panama City Beach, FL 32407 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 30th day of May, 2018.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY /s/ LJM #014228
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Michael N. Desvigne filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Anthony H. Mason was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Bay County, FL, more particularly described as:

> Unit Number 4-402, Long Beach Tower IV, a Condominium, all as set forth in the Declaration of Condominium and the exhibits annexed thereto and forming a part thereof, as recorded in the Official Records Book 1924, Page 435, all of the Public Records of Bay County, Florida, and as may be amended from time to time. Together with all of its appurtenances according to the Declaration of Condominium. Subject, however, to all of the provisions of the Declaration of Condominium.

Debtor executed a Note secured by a Mortgage, dated October 27, 2004, recorded in the office of the Bay County Recorder's Office. True copies of the Note and Mortgage are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Mortgage. The assignment of record is annexed as Exhibit "C".

As of May 7, 2018, the Debtor is in default on the obligation to Movant for which the property is security and payments are due under the Promissory Note from and after January 1, 2018.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

Case 2:18-bk-04969-EPB    Doc 20    Filed 05/30/18    Entered 05/30/18 11:30:26    Desc
Main Document    Page 2 of 3

As of May 7, 2018, the Debtor is indebted to Nationstar Mortgage LLC d/b/a Mr. Cooper for the principal balance in the amount of $275,891.46, plus accruing interest, costs, and attorney's fees.

Debtor is currently in default and contractually due for January 1, 2018. The current default amount is set forth below:

| | |
|---|---:|
| **1 Monthly Payment at $2,369.05** (January 1, 2018) | **$2,369.05** |
| **4 Monthly Payments at $2,339.28** (February 1, 2018 - May 1, 2018) | **$9,357.12** |
| **Property Inspection Fees** | **$45.00** |
| **Attorneys Fees*** | **$750.00** |
| **NSF Fee** | **$25.00** |
| **Motion for Relief Filing Fee** | **$181.00** |
| **Total** | **$12,727.17** |

*To the extent Attorney's Fees have been requested herein, the fees requested are based upon the Movant's fee schedule relating to Conv. loans. Any Attorney's Fees requested herein have been reviewed and approved by the undersigned and are in compliance with the Bankruptcy Code and any applicable agreements and as required by the Court assigned to this matter.

Furthermore, Movant seeks relief for the purpose of foreclosing its Mortgage against the Debtor's interest in the real property located at 10511 Front Beach Rd, #402, Panama City Beach, FL 32407.

CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

Movant further requests that any order for relief granted in this case remain in effect in any bankruptcy chapter to which the debtor may convert.

DATED this 30th day of May, 2018.

           TIFFANY & BOSCO, P.A.

           BY /s/ LJM #014228
               Mark S. Bosco
               Leonard J. McDonald
               Seventh Floor Camelback Esplanade II
               2525 East Camelback Road
               Phoenix, Arizona 85016
               Attorneys for Movant