**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Michael N. Desvigne,<br><br>Debtor. | Case No. 2:18-bk-04969-EPB<br><br>Chapter 7<br><br>**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Real Property Located at 10511 Front Beach Road #402 Panama City Beach, Florida |

Anthony H. Mason, Chapter 7 Trustee herein ("Trustee"), by and through Trustee's undersigned attorneys, respectively objects to the *Motion for Relief from the Automatic Stay* ("Motion") filed by Nationstar Mortgage ("Movant"). The property at issue is general described as 10511 Front Beach Road #402, Panama City Beach, Florida 32407 (the "Property").

### I.   Trustee's Opposition to Stay Relief

The Movant alleges that its secured debt against the Property is $275,891. However, in its Motion Movant does not make any mention of the fair market value of the Property. To further complicate matters, the Debtor does not disclose any ownership interest in the Property in his Bankruptcy Statements and Schedules. While the Trustee has limited information regarding the Property, internet research indicates that the Property is a condominium or apartment in a development called the Long Beach Towers. Generally available real estate valuation websites,

such as zillow.com, estimate the fair market value of units in the Long Beach Towers range between $500,000.00 and $275,000.00. To potentially add to the Trustee's confusion, the Debtor's Bankruptcy Statements and Schedules, makes a reference to a limited liability company called Tower IV, LLC which the Debtor states "holds title to the Florida condos", but the Debtor's interest in Tower IV, LLC is valued at $0.00. At this stage in this newly filed case, it is impossible for the Trustee to properly investigate the Property to determine if it is property of the estate or its fair market value.

Stay relief under 11 U.S.C. §362(d) is not appropriate when there is sufficient equity in debtor's property to protect a secured lien holder's interest in the property. The term "equity" as used in 11 U.S.C. §362(d)(2)(A) has been defined by the Ninth Circuit as ". . . . the difference between the property value and all encumbrances upon it." *Stewart v. Gurley*, 745 F.2d 1194, 1195 (9th Cir. 1984). Given the range of value of condominium or apartments in the Long Beach Towers, there may be equity in the Property.

Accordingly, the Trustee asks that he be permitted to complete his investigation into the Property and if it is determined that there is sufficient equity in the Property, the Trustee will proceed with marketing of the Property for sale using the assistance of a court-approved real estate agent.

WHEREFORE, the Trustee respectfully requests an order of this Court denying Movant's Motion for relief from automatic stay.

Dated this 11th day of June, 2018.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ *Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Copy of the foregoing mailed
on June 11, 2018, to:

Michael N. Desvigne
30718 N 126th Ln
Peoria, AZ 85383
*Debtor*

Alan A. Meda
Burch & Cracchiolo, PA
702 E. Osborn Rd. #200
Phoenix, Arizona 85014-5281
*Counsel for the Debtor*

Leonard J. McDonald Jr.
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix AZ 85016
*Attorneys for U.S. National Bank Association,
Successor in Interest to Wilmington Trust Co, As Trustee*

Leonard J. McDonald Jr.
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix AZ 85016
*Attorneys for Nationstar Mortgage LLC*

Leonard J. McDonald Jr.
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix AZ 85016
*Attorneys for Wells Fargo Bank, N.A.*

Shapiro, Van Ess & Sherman, LLP
18-026682 WWR
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
*Attorneys for Key Bank*

Weltman, Weinberg & Reis
3705 Marlane Drive
Grove City, Oh 43123

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

/s/ *Joanellen Campanaro*

2629-001(325628)

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300