**GUTTILLA MURPHY ANDERSON**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, the Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

Michael N. Desvigne,

Debtor.

Case No. 2:18-bk-04969-EPB

Chapter 7

**APPLICATION TO EMPLOY REAL ESTATE AGENT FOR CHAPTER 7 TRUSTEE AND VERIFIED STATEMENT IN SUPPORT THEREOF**

Pursuant to 11 U.S.C. § 327 and the Bankruptcy Rule 2014, Anthony H. Mason the duly appointed Chapter 7 trustee herein ("Trustee"), by and through undersigned counsel, Guttilla Murphy Anderson, applies for an order approving the employment of Vincent Zerilli, West USA Realty, Inc. ("Agent"), as the real estate Agent for the Trustee as set forth herein.

1. Trustee wishes to employ Agent to represent Trustee in this matter. To perform Trustee's duties, Trustee requires the services of Agent to assume the primary responsibility for the listing, marketing and sale of real property of the estate located at 17612 W. Lundberg Street, Peoria, AZ 85388 ("Property"). Trustee believes Agent has considerable competence, experience, and expertise and is qualified to assist Trustee and act as Trustee's professional in this case.

2. Trustee believes the Property has value in excess of the liens and the allowed homestead exemptions and that a sale of Property will generate funds for the estate.

3. Trustee desires Agent to inspect, value, list, market and/or sell Property and Agent has agreed to do so on behalf of the estate.

4. Agent's commission will be six percent (6%) of the total sales price if Agent brings a successful buyer or bidder for the Property and a contract of sale is entered into by Trustee and buyer(s). As is customary in the industry, any real estate commission may be shared with Agent's Agent or buyer's agent.

5. The listing with Agent will be for a period of approximately four months, but may be renewed by Trustee without further order of the Court.

6. Trustee is informed and believes that the employment of Agent on the terms and conditions provided for herein are in the best interest of the estate.

7. Agent has been informed and understands that no sale may be consummated until notice is given to all creditors and parties in interest.

8. Trustee is satisfied from the Verified Statement attached hereto that Agent is a disinterested person or entity within the meaning of 11 U.S.C. § 101(14).

9. Agent is aware of the provisions of 11 U.S.C. § 328(a) and has agreed, notwithstanding the terms and conditions of employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of unanticipated developments.

WHEREFORE, the Trustee respectfully requests an order of this Court authorizing and approving the employment of Agent on the terms specified above to provide professional services to the Trustee in this case, and for such other and further relief as this Court deems just and proper.

Dated this 15th day of August, 2018.

GUTTILLA MURPHY ANDERSON, P.C.

/s/ *Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014 IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE PROFESSIONAL

I, Vincent Zerilli, state as follows:

1. I am a licensed real estate Agent in the State of Arizona.

2. I am associated with West USA Realty, Inc. with offices at 7077E. Marilyn Rd., Suite 130, Building 4, Scottsdale, AZ 85254.

3. I am executing this Verified Statement in support of the Trustee's "Application to Employ Agent for Chapter 7 Trustee."

4. To the best of my knowledge, neither I nor any representative, employee, agent, associate or member of West USA Realty, Inc. has any known connection with the debtor(s), creditors, or any other parties in interest, or any of their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, and all are disinterested persons or entities as defined in 11 U.S.C. §101(14).

5. I am familiar with Trustee's Application to approve my employment and the contents thereof and I have agreed to accept employment on the terms and conditions set forth in the Application and subject to the provisions of 11 U.S.C. § 328(a).

6. I have agreed to a commission of six percent (6%) of the total sales price if I bring a successful buyer or bidder for the Property and a contract of sale is entered into by Trustee and buyer(s). As is customary in the industry, any real estate commission earned may be shared with buyer's agent.

I declare under penalty of perjury that the above is true and correct.

Dated: 08/15/18

3

| | |
|---|---|
| 1 | |
| | Copy of the foregoing mailed |
| 2 | on August 15, 2018, to: |
| 3 | Michael N. Desvigne |
| | 30718 N 126th Ln |
| 4 | Peoria, AZ 85383 |
| | *Debtor* |
| 5 | |
| | Alan A. Meda |
| 6 | Burch & Cracchiolo, PA |
| | 702 E. Osborn Rd. #200 |
| 7 | Phoenix, Arizona 85014-5281 |
| | *Counsel for the Debtor* |
| 8 | |
| | Vincent Zerilli |
| 9 | West USA Realty, Inc. |
| | 7077 E. Marilyn Rd., Suite 130 |
| 10 | Building 4, |
| | Scottsdale, AZ 85254 |
| 11 | |
| | Mark S. Bosco |
| 12 | Tiffany & Bosco, P.A. |
| | Seventh Floor Camelback Esplanade II |
| 13 | 2525 E. Camelback Road |
| | Phoenix AZ 85016 |
| 14 | *Attorneys for Nationstar Mortgage LLC* |
| 15 | Leonard J. McDonald |
| | Tiffany & Bosco, P.A. |
| 16 | Seventh Floor Camelback Esplanade II |
| | 2525 East Camelback Road. Suite 300 |
| 17 | Phoenix, AZ 85016 |
| | *Attorneys for U.S. Bank National Association* |
| 18 | |
| | Jason P. Sherman |
| 19 | Shapiro, Van Ess & Sherman, LLP |
| | File 18-026682 WWR |
| 20 | 3636 N. Central Avenue, Suite #400 |
| | Phoenix, AZ 85012 |
| 21 | *Attorneys for Key Bank N.A.* |
| 22 | Weltman, Weinberg & Reis |
| | 3705 Marlane Drive |
| 23 | Grove City, Ohio 43123 |
| 24 | |

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

4

Case 2:18-bk-04969-EPB    Doc 57    Filed 08/15/18    Entered 08/15/18 14:22:35    Desc
Main Document    Page 4 of 5

Mark S. Bosco
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix AZ 85016
*Attorneys for Wells Fargo Bank. N.A.*

c/o David N. Ingrassia
Hanmi Bank
DAVID N. INGRASSIA, P.C.
3961 E. Chandler Blvd., Suite 111-119
Phoenix, AZ 85048
*Attorney for Hanmi Bank*

Jeremy M. Goodman
Goodman Law PLLC
P.O. Box 90758
Phoenix, AZ 85066
*Attorneys for Bankers Healthcare Group, LLC*

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

/s/ *Joanellen Campanaro*

2629-001(337101)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300