**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 27028
TEMPE, ARIZONA 85285-7028
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL N DESVIGNE | Case No. 2:18-bk-04969-EPB |
| Debtor. | **NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY** |

NOTICE IS GIVEN THAT Anthony H. Mason, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate: the real properties located at 30718 N. 126th Lane, Peoria, AZ 85383; 10517 Front Beach Rd, #402-4, Panama City Beach, FL; and 10517 Front Beach Rd., 502-4, Panama City Beach, FL.

Any person opposing the abandonment shall file a written objection within twenty-one (21) days of the date of mailing of this Notice with the Clerk of the United States Bankruptcy Court, 230 N 1st Avenue, Suite 101, Phoenix, Arizona 85003. A copy of the objection shall be mailed forthwith to the Trustee at the following address: Anthony H. Mason, PO Box 27028, Tempe, Arizona 85285-7028.

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the

property will be deemed abandoned without a court order having been entered.

DATED this 21st day of August 2018.

/s/ Anthony H. Mason
Anthony H Mason, Trustee