SO ORDERED.

Dated: August 27, 2018

**Eddward P. Ballinger Jr., Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

Michael N. Desvigne,

     Debtor.

Case No. 2:18-bk-04969-EPB

Chapter 7

**ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT FOR CHAPTER 7 TRUSTEE**

  The *Application to Employ Real Estate Broker for Chapter 7 Trustee* ("Application") filed by Anthony H. Mason, the Chapter 7 Trustee herein ("Trustee"), having come before the Court seeking to employ Vincent Zerilli of West USA Realty, Inc. ("Agent") as Trustee's real estate broker in the above-captioned case, and upon the Verified Statement of Vincent Zerilli filed pursuant to Federal Rule of Bankruptcy Procedure 2014, and there being no objection thereto, and good cause appearing,

  **IT IS HEREBY ORDERED** as follows:

1. Approving the Application;
2. Agent shall be employed as of the date that the application and the verified statement were filed with this Court, to serve as real estate broker of the estate subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

  **IT IS FURTHER ORDERED** that Vincent Zerilli of West USA Realty, Inc. shall provide the following services to the Trustee:

To list, market and sell that certain real property located at 17612 W. Lundberg Street, Peoria, AZ 85388, and thereby liquidate the same for the best and highest price;

**IT IS FURTHER ORDERED** approving a real estate broker's commission in an amount equal to six percent (6%) of the purchase price for any sale that may arise from said services, and in the event of a co-brokered sale, such broker will negotiate to obtain a portion of the commission, but no compensation shall be paid until after an appropriate motion has been filed concerning the sale of the real property, and notice and a hearing have occurred concerning said sale motion.

**DATED AND SIGNED ABOVE**

2629-001(337114)