**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: September 18, 2018**

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case Number: 2:18-bk-04969-EPB |
| Michael N. Desvigne, | (Chapter 7) |
| Debtor. | ORDER GRANTING PRO HAC VICE APPLICATION |

Melissa S. Hayward of Hayward & Associates PPLC, having filed her Pro Hac Vice Application, together with a Designation of Local Counsel and Consent Thereto; said Application having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby,

ORDERED that said Application is hereby granted, and Melissa S. Hayward is hereby admitted to practice in the above-entitled Court for the purposes of the above-entitled matter and any related adversary proceedings only.

ORDERED ACCORDINGLY,
(Signed and dated above)